United States Bankruptcy Court

Central District of California

In re:   Case No. 22-11414-SC
Adolfo Eduardo Mendoza   Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8     User: admin     Page 1 of 2
Date Rcvd: Oct 13, 2022     Form ID: van190z     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Adolfo Eduardo Mendoza, 602 South Beach Blvd, Apt 62, Anaheim, CA 92804-3132 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Oct 14 2022 00:51:00 | Nissan Motor Acceptance Company LLC, fka Nissan Motor Acceptance Corporation, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 15, 2022     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2022 at the address(es) listed below:

**Name**           **Email Address**
Benjamin Heston
    on behalf of Debtor Adolfo Eduardo Mendoza bhestonecf@gmail.com   benheston@recap.email,NexusBankruptcy@jubileebk.net

Kiana Witcher
    on behalf of Creditor Nissan Motor Acceptance Company LLC fka Nissan Motor Acceptance Corporation kiana.witcher@bonialpc.com

Thomas H Casey (TR)

District/off: 0973-8 | User: admin | Page 2 of 2
Date Rcvd: Oct 13, 2022 | Form ID: van190z | Total Noticed: 2

msilva@tomcaseylaw.com  thc@trustesolutions.net

United States Trustee (SA)

ustpregion16.sa.ecf@usdoj.gov

TOTAL: 4

FormCACB (hrgreaf – van190z)
(Rev. 06/2020)

# United States Bankruptcy Court
## Central District of California

**411 West Fourth Street, Suite 2030, Santa Ana, CA 92701–4593**

## NOTICE OF HEARING RE: REAFFIRMATION AGREEMENT

**DEBTOR(S) INFORMATION:**
Adolfo Eduardo Mendoza

**BANKRUPTCY NO.** 8:22–bk–11414–SC
**CHAPTER** 7

**SSN:** xxx–xx–7177
**EIN:** N/A

602 South Beach Blvd, Apt 62
Anaheim, CA 92804

**NOTICE IS HEREBY GIVEN** that a Reaffirmation Agreement between the above–named Debtor(s) and creditor Nissan Motor Acceptance Company LLC fka Nissan Motor Accepta was filed in the above case on October 11, 2022 .

**YOU ARE HEREBY NOTIFIED** that a hearing to consider whether to approve the Reaffirmation Agreement will be conducted using Zoom for Government:

| | |
|---|---|
| **Date:** | **November 16, 2022** |
| **Time:** | **09:00 AM** |
| **Hearing Judge:** | **Erithe A. Smith** |

You will not be permitted to be physically present in the courtroom. You may connect to the videoconference by entering the Videoconference URL shown below into an internet browser on a computer, tablet or smartphone, and entering the meeting ID and password, when prompted:

| | |
|---|---|
| **Videoconference URL:** | https://cacb.zoomgov.com/j/1600043173 |
| **Meeting ID:** | 160 004 3173 |
| **Password:** | 126438 |

If you are unable to send and receive audio or video through your computer or other device, or do not have a computer or smartphone, you may appear by telephone by dialing the following number and entering the following conference information:

| | |
|---|---|
| **Audioconference Tel. No.:** | 1 (669) 254 5252 or 1 (646) 828 7666 |
| **Meeting ID:** | 160 004 3173 |
| **Password:** | 126438 |

If the Debtor(s) choose(s) not to appear at the hearing noted above, the Reaffirmation Agreement may be disapproved and declared unenforceable.

Information about the Debtor Assistance Program regarding free legal assistance to debtors who cannot afford an attorney in the Central District of California is available on the Court's website https://www.cacb.uscourts.gov/filing–without–an–attorney. In addition, Public Counsel has prepared informational videos in both English and Spanish concerning reaffirmation agreements, that the court recommends you view before the hearing.

Reaffirmation Hearing Educational Video – English version http://www.publiccounsel.org/video?id=0113
Reaffirmation Hearing Educational Video – Spanish version http://www.publiccounsel.org/video?id=0114

FOR THE COURT,

Dated: October 13, 2022

**Kathleen J. Campbell**
Clerk of Court

(FormCACB (hrgreaf – van190z Rev. 06/2020))

17 – 16 / NB8