United States Bankruptcy Court

Central District of California

In re:                                                                                                         Case No. 22-11414-SC
Adolfo Eduardo Mendoza                                                                     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8          User: admin          Page 1 of 2
Date Rcvd: Nov 16, 2022          Form ID: van195          Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**
+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Adolfo Eduardo Mendoza, 602 South Beach Blvd, Apt 62, Anaheim, CA 92804-3132 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | Email/Text: NissanBKNotices@nationalbankruptcy.com | Nov 17 2022 00:33:00 | Nissan Motor Acceptance Company LLC, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2022          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Adolfo Eduardo Mendoza bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Kiana Witcher | on behalf of Creditor Nissan Motor Acceptance Company LLC fka Nissan Motor Acceptance Corporation kiana.witcher@bonialpc.com |
| Thomas H Casey (TR) | msilva@tomcaseylaw.com  thc@trustesolutions.net |

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 16, 2022 | Form ID: van195 | Total Noticed: 2 |

United States Trustee (SA)
                  ustpregion16.sa.ecf@usdoj.gov

TOTAL: 4

FormCACB (ogrtreaf – van195)
(04/2019)

## United States Bankruptcy Court
## Central District of California

**411 West Fourth Street, Suite 2030, Santa Ana, CA 92701–4593**

## ORDER AND NOTICE OF ENTRY OF ORDER
## GRANTING MOTION TO APPROVE REAFFIRMATION AGREEMENT

**DEBTOR(S) INFORMATION:**
Adolfo Eduardo Mendoza

**BANKRUPTCY NO.** 8:22–bk–11414–SC
**CHAPTER** 7

**SSN:** xxx–xx–7177
**EIN:** N/A

602 South Beach Blvd, Apt 62
Anaheim, CA 92804

(1)  Debtor filed, as docket entry # 16 , a Motion for Approval of Reaffirmation Agreement ("Motion") concerning a debt owing to Nissan Motor Acceptance Corporation LLC (*name of creditor*).

(2)  The Court provided notice of and held a hearing on whether it would grant the Motion.

(3)  The Court finds that reaffirmation of this consumer debt does not impose an undue hardship on the debtor or a dependent of the debtor and is in the debtor's best interest.

(4)  Based upon the foregoing, and pursuant to 11 U.S.C. §524, **IT IS ORDERED** that the Motion is granted and the Reaffirmation Agreement is approved.

(RE: 2020 Nissan Rogue – Amount: $16,081.78)

Dated: November 16, 2022

FOR THE COURT,

**Kathleen J. Campbell**
Clerk of Court

FormCACB (ogrtreaf – van195 Rev. 04/2019)

**20 – 16 / JL**